**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Zaza  Mamulaishvili v. Steve Nicandros, Luis Giusti, Tyler Nelson
and Frontera Resources Corporation

Appellate case number:   01-21-00321-CV

Trial court case number:   2021-03816

Trial court:                    281st District Court of Harris County

This is an appeal of orders denying a special appearance and granting a temporary injunction.  Counsel for Appellant Zaza Mamulaishvili filed a motion to withdraw, stating they "ha[ve] been unable to communicate with Mr. Mamulaishvili in a manner consistent with good attorney-client relations."   In addition, counsel states Appellant "has not met his financial obligations under the terms of his engagement letter" and that counsel advised Appellant they would seek to withdraw if Appellant did not "provide [counsel] with the financial resources necessary to continue [Appellant's] representation."

Counsel's motion complies with Texas Rule of Appellate Procedure 6.5 in that they state there are no current deadlines or settings and that they have advised Appellant by email and first class and certified mail to Appellant's last known address of the motion and of Appellant's right to object.  *See* TEX. R. APP. P. 6.5(a).  Although we held this motion for more than ten days, Appellant did not respond.  We **grant** the motion to withdraw.

Counsel must immediately notify Appellant in writing of any deadlines in this appeal that have not been previously disclosed to Appellant and file a copy of this notice with the clerk of this Court within ten days of the date of this order.  *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually


Date:  December 7, 2021